OTTO H. SCHULTZE, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Argued April 23, 1914; decided May 12, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1914, upon an order reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint in an action by a coroner's physician to recover for professional services as an expert employed by the district attorney.

*Almuth C. Vandiver, J. Joseph Lilly* and *John Caldwell Myers* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.